1  Tammy Hussin (Bar No. 155290)
2  *Of Counsel*
   Lemberg & Associates LLC
3  6404 Merlin Dr., Suite #100
4  Carlsbad, CA 92011
   Telephone (855) 301-2100 ext. 5514
5  thussin@lemberglaw.com
6
   Lemberg & Associates LLC
7  A Connecticut Law Firm
8  1100 Summer Street
   Stamford, CT 06905
9  Telephone: (203) 653-2250
10 Facsimile: (203) 653-3424

11 Attorneys for Plaintiff,
12 Peter Chis

**FILED**

AUG 3 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| Peter Chis, | Case No.: 1:12-cv-00369-AWI-MJS |
|---|---|
| Plaintiff, | **VOLUNTARY WITHDRAWAL** |
| vs. | |
| Progressive Financial Services; and DOES 1-10, inclusive, | |
| Defendants. | |

1:12-cv-00369-AWI-MJS                                  VOLUNTARY WITHDRAWAL

# NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE PURSUANT TO RULE 41(a)

Peter Chis ("Plaintiff"), by Plaintiff's attorney, hereby withdraws the complaint and voluntarily dismisses this action, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

By: /s/ Tammy Hussin
Tammy Hussin *Of Counsel*
Lemberg & Associates
Attorney for Plaintiff, Peter Chis

IT IS SO ORDERED:

8-2-12

Honorable _____

2

1:12-cv-00369-AWI-MJS                            VOLUNTARY WITHDRAWAL

# CERTIFICATE OF SERVICE

I, the undersigned, certify and declare that I am over the age of 18 years, and not a party to the above-entitled cause. On June 12, 2012, I served a true copy of foregoing document(s): **VOLUNTARY WITHDRAWAL**.

**BY ELECTRONIC FILING:** I hereby certify that on June 12, 2012, a copy of the foregoing document was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's electronic filing system.

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

1  Executed on June 12, 2012.

2
3                                         By: /s/ Tammy Hussin
                                          Tammy Hussin *Of Counsel*
4                                         Lemberg & Associates
                                          Attorney for Plaintiff, Peter Chis
5